Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2005

CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT

SEP 15 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN HIGGINBOTHAM

Plaintiff(s),

v.

AMERICAN AIRLINES, INC.

Defendant(s).

CASE NUMBER

CV 05-04563-AM (CWx)

**NOTICE OF DISMISSAL PURSUANT**
**RULE 41(a) or (c) F.R.Civ.P.**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

_9/15/05_
Date

_____
*Signature of Attorney/Party*

CHRISTOPHER J. HAMNER
(SBN 197117)

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

12

CV-9 (07/01)          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

DOCKETED ON CM

SEP 21 2005

BY _____ 007